IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

In Re:  Jessica Rene Martin                No. 1:21-mc-0004-STA-jay

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation that Ms. Martin be ordered to file a formal complaint that complies with the Federal Rules of Civil Procedure no later than November 4, 2022. Ms. Martin did not file any objections within the requisite time. Having reviewed the Magistrate Judge's Report and Recommendation and the entire record of the proceedings, the Court hereby **ADOPTS** the Report.  Ms. Martin is **ORDERED** to file a complaint that complies with the Federal Rule of Civil Procedure no later than November 4, 2022, if she wishes to proceed with this matter. The complaint will be opened as a new civil case. Once a proper complaint is filed, she may pay the appropriate filing fee or move to proceed *in forma pauperis*.

The Clerk of the Court is **DIRECTED** to administratively close this matter, 1:21-mc-00004-STA-jay.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date:  October 25, 2022